**Donna GOTSCH, Plaintiff–Respondent,**

v.

**Craig GOTSCH, Respondent–Appellant.**

No. 63875.

Missouri Court of Appeals,
Eastern District,
Division One.

March 8, 1994.

Craig Gotsch, pro se.

Edward J. Delworth, St. Louis, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Husband, Craig Gotsch, appeals from a decree of dissolution of his marriage to wife, Donna Gotsch.

The decree is supported by substantial evidence and is not against the weight; no error of law appears. An opinion would have no precedential value. The decree of dissolution is affirmed. Rule 84.16(b).

Wife's motion for damages for a frivolous appeal pursuant to Rule 84.19 is denied.